210 So.2d 52

### SUCCESSION of Edwin CAMBRE, Sr.

No. 49238.

May 17, 1968.

In re: Venita Cambre applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. John the Baptist. 208 So.2d 376.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

210 So.2d 52

### LOUISIANA STATE BOARD OF MEDICAL EXAMINERS

v.

### Melvin D. EASTMAN.

No. 49239.

May 17, 1968.

In re: Melvin D. Eastman applying for writs of prohibition, certiorari and mandamus.

Writs denied. The showing in the application is insufficient to warrant the exercise of this Court's supervisory jurisdiction.